AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 07/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
350 W. 1st Street Suite 4311
Los Angeles, CA 90012-4565

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Stephen V.** | 07/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Santander Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3. Sandpiper LTD - Partner | D | Distribution | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5. Capri - NY, NY | G | Distribution | P3 | W | | | | | |
| 6. Malibu - NY, NY | G | Distribution | P2 | W | | | | | |
| 7. Note Zheng/Chen | D | Interest | M | T | | | | | |
| 8. Note Min Ou | D | Interest | L | T | | | | | |
| 9. Malibu-NY, NY | G | Distribution | P2 | W | Sold (part) | 08/29/18 | N | G | Henky Tjen & Fnu Fransiska |
| 10. Malibu-NY, NY | G | Distribution | P2 | W | Sold (part) | 11/13/18 | N | G | Ching Laij & Ridwan Tjen |
| 11. City Natl Bank Cash Acct | A | Interest | K | T | | | | | |
| 12. Bonds/CDs : | | | | | | | | | |
| 13. BROKERAGE ACCT #1 | | | | | | | | | |
| 14. UB Highmark Div. MM | A | Interest | L | T | | | | | |
| 15. CA St GO | B | Interest | | | Redeemed | 03/01/18 | L | | |
| 16. Goldman Sacks Bk CD | B | Interest | M | T | | | | | |
| 17. Ally Bk Midvale CD | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BMW Bk No Amer. CD | B | Interest | | | Redeemed | 03/19/18 | M | | |
| 19. Comenity Cap Bk CD | B | Interest | M | T | | | | | |
| 20. BROKERAGE ACCT #2 | | | | | | | | | |
| 21. IRA - Rochdale Prime MM Fund | F | Distribution | J | T | | | | | |
| 22. " " " " | B | Interest | J | T | | | | | |
| 23. ZB NA CD | C | Interest | | | Redeemed | 06/06/18 | M | | |
| 24. Fed Farm Credit Bk | B | Interest | | | Redeemed | 04/24/18 | M | | |
| 25. Fed Natl. Mort Assn | C | Interest | M | T | | | | | |
| 26. U.S. T Bill | | None | N | T | Buy | 02/13/18 | N | | |
| 27. " " " | B | Interest | | | Redeemed | 05/24/18 | N | | |
| 28. U.S. T Bill | | None | M | T | Buy | 05/09/18 | M | | |
| 29. " " " | B | Interest | | | Redeemed | 10/25/18 | M | | |
| 30. U.S. T Bill | | None | O | T | Buy | 06/18/18 | O | | |
| 31. " " " | D | Interest | | | Redeemed | 11/29/18 | O | | |
| 32. " " " | | None | O | T | Buy | 11/29/18 | O | | |
| 33. U.S. T Bill | | None | L | T | Buy | 07/30/18 | L | | |
| 34. U.S. T Bill | | None | M | T | Buy | 10/26/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T Bill | A | Interest | | | Redeemed | 03/22/18 | K | | |
| 36. " " " | | None | K | T | Buy | 03/22/18 | K | | |
| 37. " " " | | None | | | Redeemed | 09/20/18 | K | | |
| 38. CA ST Bonds | D | Interest | N | T | | | | | |
| 39. BROKERAGE ACCT #3 | | | | | | | | | |
| 40. RMA Fund Inc | A | Interest | J | T | | | | | |
| 41. U.S. T Bill | B | Interest | | | Redeemed | 03/15/18 | P1 | | |
| 42. " " " | B | Interest | P1 | T | Buy | 04/05/18 | P1 | | |
| 43. " " " | D | Interest | | | Redeemed | 10/11/18 | P1 | | |
| 44. " " " | C | Interest | P1 | T | Buy | 10/15/18 | P1 | | |
| 45. BROKERAGE ACCT #4 | | | | | | | | | |
| 46. JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 47. State of CA | B | Interest | | | Redeemed | 03/01/18 | M | | |
| 48. U.S. T Bill | B | Interest | | | Redeemed | 03/22/18 | P1 | | |
| 49. " ' " | | None | P1 | T | Buy | 05/09/18 | P1 | | |
| 50. " " " | B | Interest | | | Redeemed | 11/08/18 | P1 | | |
| 51. BROKERAGE ACCT #5 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley MM | B | Interest | J | T | | | | | |
| 53. CA ST Var Purp | A | Interest | | | Redeemed | 03/01/18 | K | | |
| 54. CA CT Var Purp | B | Interest | | | Redeemed | 03/01/18 | L | | |
| 55. CA ST Var Purp | A | Interest | | | Redeemed | 03/01/18 | K | | |
| 56. " " " " | B | Interest | | | Redeemed | 03/01/18 | K | | |
| 57. CA ST | C | Interest | | | Redeemed | 04/02/18 | M | | |
| 58. CA ST Var Purp | C | Interest | | | Redeemed | 05/29/18 | M | | |
| 59. " " " " | B | Interest | | | Redeemed | 04/02/18 | K | | |
| 60. U.S. Treas Note | | None | K | T | Buy | 03/23/18 | K | | |
| 61. " " " | | None | | | Redeemed | 09/13/18 | K | | |
| 62. U.S. Tsy Bill | | None | O | T | Buy | 03/23/18 | O | | |
| 63. " " " | D | Interest | | | Redeemed | 07/02/18 | O | | |
| 64. U.S. Tsy Bill | | None | N | T | Buy | 04/10/18 | N | | |
| 65. " " " | C | Interest | | | Redeemed | 10/11/18 | N | | |
| 66. U.S. Tsy Bill | | None | O | T | Buy | 07/03/18 | O | | |
| 67. U.S. T Bill | | None | M | T | Buy | 08/09/18 | M | | |
| 68. U.S. T Bill | | None | P1 | T | Buy | 09/12/18 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. T Bill | | None | O | T | Buy | 10/16/18 | O | | |
| 70. U.S. T Bill | | None | N | T | Buy | 11/13/18 | N | | |
| 71. U.S. T Bill | | None | N | T | Buy | 11/19/18 | N | | |
| 72. BROKERAGE ACCT #6 | | | | | | | | | |
| 73. Bank of America NA RASP | A | Interest | J | T | | | | | |
| 74. ML Short Term Global Income Black Rock IRRA | D | Distribution | K | T | | | | | |
| 75. Mutual Fund - Muni Inv Trust | A | Interest | K | T | | | | | |
| 76. ML Bank USA RASP CMA Fund | B | Interest | O | T | | | | | |
| 77. Sallie Mae Bk CD | B | Interest | | | Redeemed | 02/12/18 | M | | |
| 78. Safra Natl Bk CD | A | Interest | | | Redeemed | 06/19/18 | K | | |
| 79. Goldman Sacks CD | B | Interest | | | Redeemed | 10/11/18 | L | | |
| 80. Berkshire Bk CD | B | Interest | | | Redeemed | 10/11/18 | L | | |
| 81. Discover Bk CD | B | Interest | | | Redeemed | 10/12/18 | L | | |
| 82. Ally Bk CD | A | Interest | L | T | | | | | |
| 83. BMO Harris Bk CD | B | Interest | L | T | | | | | |
| 84. U.S. Treas Note | | None | N | T | Buy | 03/26/18 | N | | |
| 85. " " " | B | Interest | | | Redeemed | 10/01/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. U.S. Treas Note | A | Interest | L | T | Buy | 08/15/18 | L | | |
| 87. BROKERAGE ACCT #7 | | | | | | | | | |
| 88. MM Funds - RBC | A | Interest | L | T | | | | | |
| 89. State of CA GO | B | Interest | | | Redeemed | 03/01/18 | K | | |
| 90. U.S. T Bill | C | Interest | | | Redeemed | 03/29/18 | O | | |
| 91. U.S. T Bill | | None | O | T | Buy | 04/19/18 | O | | |
| 92. " " " | D | Interest | | | Redeemed | 10/18/18 | O | | |
| 93. BROKERAGE ACCT #8 | | | | | | | | | |
| 94. WF Bank N.A./ WF Fin. Natl. Bk. | A | Interest | L | T | | | | | |
| 95. CA ST Var Purp | C | Interest | M | T | | | | | |
| 96. CA ST Var Purp | D | Interest | | | Redeemed | 03/01/18 | M | | |
| 97. CA ST | C | Interest | | | Redeemed (part) | 03/01/18 | M | | |
| 98. CA ST | B | Interest | | | Redeemed | 03/01/18 | K | | |
| 99. CA ST FGIC | A | Interest | J | T | | | | | |
| 100. CA ST RFDG | A | Interest | J | T | | | | | |
| 101. CA ST | B | Interest | | | Redeemed | 04/02/18 | M | | |
| 102. CA ST Var Purp | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 104. CA ST Var Purp | B | Interest | | | Redeemed | 03/01/18 | L | | |
| 105. JP Morgan Chase CD | B | Interest | M | T | | | | | |
| 106. ZNBA CD | B | Interest | | | Redeemed | 02/12/18 | M | | |
| 107. Comenity Cap Bk CD | A | Interest | M | T | | | | | |
| 108. Fed Farm Credit Bk Bds | B | Interest | | | Redeemed | 04/24/18 | N | | |
| 109. Beal Bk CD | B | Interest | | | Redeemed | 01/17/18 | M | | |
| 110. Barclays Bk CD | C | Interest | | | Redeemed | 07/19/18 | M | | |
| 111. CA St. Var Purp | D | Interest | M | T | | | | | |
| 112. CA ST Var Purp | A | Interest | K | T | | | | | |
| 113. L.A. CA Dept Water & Pwr | E | Interest | | | Redeemed | 11/01/18 | N | | |
| 114. U.S. T Bill | | None | | | Redeemed | 03/22/18 | O | | |
| 115. CA ST | D | Interest | N | T | Buy | 01/25/18 | N | | |
| 116. U.S. Treas Bill | | None | O | T | Buy | 01/25/18 | O | | |
| 117. " " " | | None | | | Redeemed | 08/16/18 | O | | |
| 118. U.S. Treas Bill | | None | N | T | Buy | 04/12/18 | N | | |
| 119. " " " | A | Interest | | | Redeemed | 10/11/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. U.S. Treas Bill | | None | P1 | T | Buy | 06/14/18 | P1 | | |
| 121. " " " | | None | | | Redeemed | 11/29/18 | P1 | | |
| 122. U.S. Treas Bill | | None | N | T | Buy | 07/24/18 | N | | |
| 123. " " " | A | Interest | | | Redeemed | 09/27/18 | N | | |
| 124. U.S. Treas Bill | | None | O | T | Buy | 09/12/18 | O | | |
| 125. U.S. Treas Bill | | None | O | T | Buy | 09/12/18 | O | | |
| 126. U.S. Treas Bill | | None | N | T | Buy | 09/28/18 | N | | |
| 127. " " " | | None | N | T | Sold (part) | 12/14/18 | N | | |
| 128. U.S. Treas Bill | | None | N | T | Buy | 11/15/18 | N | | |
| 129. U.S. Treas Bill | | None | N | T | Buy | 11/15/18 | N | | |
| 130. U.S. Treas Bill | | None | P1 | T | Buy | 11/30/18 | P1 | | |
| 131. BROKERAGE ACCT 9 | | | | | | | | | |
| 132. WF Bank Deposit Sweep | C | Interest | M | T | | | | | |
| 133. General Motors | A | Dividend | K | T | | | | | |
| 134. CA ST GO | B | Interest | | | Redeemed | 03/01/18 | K | | |
| 135. Chula Vista | B | Interest | K | T | | | | | *see explanation |
| 136. Starbucks Corp | | None | K | T | Buy | 08/28/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. " " | B | Interest | | | Sold | 10/17/18 | K | | |
| 138. Crispr Therapeutics Stock | | None | J | T | Buy | 08/28/18 | K | | |
| 139. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   Investments and Trusts:

Line 136:   Chula Vista -- should have been on 2017 report -- bought March 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Stephen V. Wilson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544